FIRST NAT. BANK OF UNION MILLS, Appellant, *v.* CLARK, Respondent.

*(Supreme Court, General Term, Fifth Department.  April 11, 1890.)*

No opinion.  Judgment and order appealed from affirmed.  CORLETT, J., not sitting.  For former report, see 1 N. Y. Supp. 724.

———

GALLUP, Appellant, *v.* BERND, Respondent.

*(Supreme Court, General Term, Fifth Department.  April 11, 1890.)*

No opinion.  Judgment appealed from affirmed, with costs.  For former report, see 1 N. Y. Supp. 478.

———

GRIEBEL, Respondent, *v.* CITY OF ROCHESTER, Appellant.

*(Supreme Court, General Term, Fifth Department.  April 11, 1890.)*

No opinion.  Order affirmed, with $10 costs and disbursements.

———

*In re* HIGHWAY IN THE TOWN OF GREECE.

*(Supreme Court, General Term, Fifth Department.  April 11, 1890.)*

No opinion.  Order of county judge affirmed.

———

LAFFLIN, Respondent, *v.* TRAVELERS' INS. CO., Appellant.

*(Supreme Court, General Term, Fifth Department.  April 11, 1890.)*

No opinion.  The appointment of the superintendent of insurance as defendant's attorney to be served with process was not duly certified and authenticated by the certificate purporting to be that of a notary public of the city of Hartford, Conn.  Order affirmed, with $10 costs and disbursements.

———

MULLIGAN, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

*(Supreme Court, General Term, Fifth Department.  April 11, 1890.)*

No opinion.  Reargument ordered.

———

*In re* OPDYKE.

*(Supreme Court, General Term, Fifth Department.  April 11, 1890.)*

No opinion.  Reference ordered to take proof, etc.; order to be settled by DWIGHT, P. J.

———

OTIS, Appellant, *v.* SHERMAN, Respondent, (two cases.)

*(Supreme Court, General Term, Fifth Department.  April 11, 1890.)*

No opinion.  Orders affirmed, with $10 costs and disbursements.